

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00098-CV

_____

IN RE KENNETH LEO BUHOLTZ

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Kenneth Leo Buholtz, proceeding pro se, has filed a petition for writ of mandamus in which he asks this Court to order the Honorable David Rippel, Collin County Court at Law No. 4, "to issue a ruling on [Buholtz]'s Supplemental Cause of Action for Fraud against a real party in interest to the instant matter." This Court has jurisdiction to issue a writ of mandamus against a "judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." Act of May 26, 2017, 85th Leg., R.S., ch. 740, § 1, 2017 Tex. Sess. Law Serv. 3166, 3166 (West) (codified at TEX. GOV'T CODE § 22.221(b)(1)). Collin County, however, is not within the territorial jurisdiction of this Court. TEX. GOV'T CODE ANN. § 22.201(g) (West Supp. 2016).[1] Accordingly, we have no authority to address the merits of the issues raised in Buholtz' petition.

We deny the petition for writ of mandamus.

Josh R. Morriss, III
Chief Justice

Date Submitted:  October 16, 2017
Date Decided:  October 17, 2017

---

[1]Section 22.201(g) of the Texas Government Code states, "The Sixth Court of Appeals District is composed of the counties of Bowie, Camp, Cass, Delta, Fannin, Franklin, Gregg, Harrison, Hopkins, Hunt, Lamar, Marion, Morris, Panola, Red River, Rusk, Titus, Upshur, and Wood." TEX. GOV'T CODE ANN. § 22.201(g).